1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHIMA O. AGIM,

              Plaintiff,

      v.

GREG ABOTT, et al.,

              Defendants.

Case No. 19-cv-03990-WHO (PR)

**ORDER OF TRANSFER**

The claims plaintiff Chima O. Agim raises in this federal suit arise from events that occurred in Texas. Accordingly, this federal suit is TRANSFERRED to the Western District of Texas, Austin Division, wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred there, and because the named defendants reside therein. *See* 28 U.S.C. §§ 124(d)(1); 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

      **IT IS SO ORDERED.**

**Dated:** July 16, 2019



WILLIAM H. ORRICK
United States District Judge